The People of the State of New York ex rel. Joseph P. Ward, Relator, v. James C. Cropsey, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs. No opinion.

Belle Brand, Respondent, v. Jacob Glockner, Appellant.— Judgment and order affirmed, with costs. No opinion.

Gerard Beekman, as Sole Surviving Trustee under the Last Will and Testament of James W. Beekman, Deceased (1877), Respondent, v. William Mitchell, Appellant, Impleaded with Cornelia A. Beekman and Others, Respondents.— Judgment affirmed, with costs. No opinion.

George Colon & Company, Respondent, v. East One Hundred and Eighty-ninth Street Building and Construction Company and Others Impleaded with Illinois Surety Compay, Appellant.— Judgment affirmed, with costs. No opinion.

Charles Barsotti, Appellant, v. Fidalma Del Genovese, as Administratrix, etc., of Virgilio Del Genovese, Deceased, Respondent.— Judgment and order affirmed, with costs. No opinion. (Miller, J., dissenting.)

The People of the State of New York ex rel. John F. Ambrose, Appellant, v. Calvin Tomkins, as Commissioner of the Department of Docks and Ferries in the City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Probate of a Paper Propounded as the Last Will and Testament of Matilda Turner, Deceased.— Decree affirmed, with costs, on opinion on former appeal (142 App. Div. 645). (Ingraham, P. J., and Miller, J., dissenting on former dissenting opinion.)

Joseph Warren, Appellant, v. Siegel-Cooper Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Mary Lehan, Respondent, v. The Sisters of Charity of St. Vincent de Paul, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion.

Samuel Tepfer, Respondent, v. Pincus Burger and Others, Appellants, Impleaded with Rival Gas and Electric Fixture Supply Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.